IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARD F. JACKSON, | : | No. 4:18-CV-02125 |
| Plaintiff, | : | |
| | : | Judge Matthew W. Brann |
| vs. | : | |
| | : | |
| TITAN GAS, LLC, d/b/a TITAN GAS AND POWER, and ALAN BINEY, individually, | : | |
| | : | |
| Defendants | : | |

### Notice of Settlement and Motion to Delay All Deadlines

The parties respectfully notify the Court that the dispute between Plaintiff GERARD F. JACKSON ("Plaintiff") and Defendants TITAN GAS, LLC, d/b/a TITAN GAS AND POWER, and ALAN BINEY ("Defendants") has been resolved. The parties anticipate filing a Joint Motion for Dismissal with Prejudice within 45 days. Plaintiff respectfully requests that all pending dates and filling requirements be delayed and that the Court set a deadline on or after January 14th, 2019 for filing a Joint Dismissal.

Plaintiff is filing this Notice and Motion with Defendants' approval and permission. Filed this 30th day of November, 2018.

Respectfully submitted,

/s/ Jeremy C. Jackson
Jeremy C. Jackson (PA321557)
Bower Law Associates
403 South Allen Street, Suite 210
State College, PA 16801
814-234-2626
jjackson@bower-law.com